JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTA JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES;<br>VICTOR MORALES #96038,<br>individually, and as a peace officer;<br>and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-06523-SPG-KS<br><br>**JUDGMENT** |

## JUDGMENT

Defendants Victor Morales and the City of Los Angeles's (together, "Defendants") Motion for Summary Judgment, (ECF No. 66), came on for hearing on January 24, 2024, before this Court. After considering the moving and opposition papers, the submitted evidence and the arguments of counsel, the Court on August 20, 2024, issued its Order Granting Defendants' Motion for Summary Judgment. (ECF No. 88).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 58 of the Federal Rules of Civil Procedure, that Plaintiff takes nothing, and that judgment be entered in favor of Defendants and against Plaintiff

Deonta Jackson ("Plaintiff") on all claims asserted in this action.

IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain jurisdiction over any claim for attorneys' fees and costs pursuant to applicable law, to be filed in accordance with Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Local Rules 54 and 58.

**IT IS SO ORDERED.**

Dated: August 28, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE